IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSIE LEWIS, JR., #191868, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-222-WKW |
| | ) | [WO] |
| HOUSTON COUNTY, | ) | |
| ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 27.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

2. Defendant Houston County Community Corrections's motion to dismiss (Doc. # 19) is GRANTED;

3. Plaintiff's claims against Defendant Houston County Community Corrections are DISMISSED with prejudice;

4. Defendant Houston County Community Corrections is DISMISSED as a party to this complaint; and

5. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 5th day of September, 2017.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE